Query   Reports   Utilities   Help   What's New   Log Out

**CLOSED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-00062-DUTY All Defendants

Case title: USA v. Ho                                   Date Filed: 01/08/2025

Other court case number: 25cr03 Southern District of New York   Date Terminated: 01/08/2025

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Cheuk Fung Richard Ho**            represented by   **Anthony M. Solis**
*TERMINATED: 01/08/2025*                              Anthony M. Solis APLC
                                                      23679 Calabasas Road, Suite 412
                                                      Calabasas, CA 91302-1502
                                                      213-489-5880
                                                      Fax: 213-489-5923
                                                      Email: anthonysolislaw@gmail.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

**Pending Counts**                                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2025 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Cheuk Fung Richard Ho, originating in the Southern District of New York. Defendant charged in violation of: 18:1832. Signed by agent Daniel Onove, FBI, Special Agent. USA. (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Cheuk Fung Richard Ho; defendants Year of Birth: 1988; date of arrest: 1/8/2025 (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 3 | ORAL MOTION TO UNSEAL CASE. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge A. Joel Richlin as to Defendant Cheuk Fung Richard Ho. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; General Order 21-02 (written order). Government moves to unseal; granting 3 MOTION for Oral Motion as to Cheuk Fung Richard Ho (1). Attorney: Anthony M. Solis for Cheuk Fung Richard Ho, Retained, present. Court orders bail set as: Cheuk Fung Richard Ho (1) $1,000,000 Appearance Bond, see attached for terms and conditions. Court orders defendant held to answer to Southern District of New York. Court Smart: CS 1/8/25. (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 5 | SEALED Defendant Cheuk Fung Richard Ho arrested on warrant issued by the USDC Southern District of New York at New York. (Attachments: # 1 Charging Documents) (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 6 | WAIVER OF RIGHTS approved by Magistrate Judge A. Joel Richlin as to Defendant Cheuk Fung Richard Ho. (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Cheuk Fung Richard Ho. (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 8 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by Anthony M. Solis appearing for Cheuk Fung Richard Ho (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 9 | DECLARATION RE: PASSPORT filed by Defendant Cheuk Fung Richard Ho, declaring that my passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this |

| | | |
|---|---|---|
| | | case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 10 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $500,000 by surety: Ka Yin Tse for Filed by Defendant Cheuk Fung Richard Ho (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 11 | SEALED UNREDACTED Affidavit of Surety (No Justification) filed by Defendant Cheuk Fung Richard Ho re: Affidavit of Surety (No Justification)(CR-4) 10 (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | 12 | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Cheuk Fung Richard Ho. (mhe) (Entered: 01/09/2025) |
| 01/08/2025 | | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Cheuk Fung Richard Ho. Your case number is: 25cr03. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Order on Motion for Order, Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 01/09/2025) |