

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 7, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:     *United States v. Ho*, 25-3 (JAV)

Dear Judge Vargas,

    The parties respectfully submit this joint letter to clarify their previous request for modification of the condition that relates to the defendant's ability to trade. Specifically, the parties request that the current non-trading condition be modified to say the following: No trading by the defendant's company, One R Squared in any financial products, including securities, commodities, or cryptocurrency. Trading by the defendant is limited to liquidating pre-existing investment portfolio and non-algorithmic, manual, non-intraday trading to meet living expenses and legal fees.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: _____/s/_____
    Ni Qian
    Assistant United States Attorney
    (212) 637-2364

SO ORDERED:

*/s/ Jeannette Vargas*

The Honorable Jeannette A. Vargas
United States District Judge
Dated: March 13, 2025