# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212.735.2100
DIRECT FAX
917.777.2100
EMAIL ADDRESS
David.Meister@Skadden.com

**MEMO ENDORSED**

March 11, 2025

*Via ECF*

Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

      RE:    *United States v. Cheuk Fung Richard Ho*, 1:25-cr-00003-JAV

Dear Judge Vargas:

    We respectfully submit this letter on behalf of our client, Richard Ho, to request time until March 21, 2025, to file our opposition to the government's March 10 letter-motion seeking entry of a proposed protective order, Dkt. No. 17, though we will endeavor to file our opposition sooner, along with an alternative proposed protective order. A March 21 deadline appears to be within the time allotted for a response by Local Crim. R. 49.1, and this Court does not appear to have individual criminal rules that would impose a different deadline.

Respectfully submitted,

  /s/ David Meister
David Meister
Daniel Merzel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-2100

*Attorneys for Cheuk Fung Richard Ho*

SO ORDERED:

*/s/ Jeannette Vargas*
The Honorable Jeannette A. Vargas
United States District Judge
Dated: March 13, 2025