

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 12, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
500 Pearl Street
New York, NY 10007

Re:     *United States v. Ho*, 25 Cr. 3 (JAV)

Dear Judge Vargas,

The Government respectfully writes to request a modification of the April 14, 2025 Protective Order (Dkt. 34).

The Protective Order currently permits defense counsel to copy Proprietary Material onto Standalone Computers, but does not permit defense counsel to make any other copies. (Dkt. 34, at 8(a)). With consent from defense counsel, the Government respectfully requests that the Court permit defense counsel to make copies of materials designated by the Government as Proprietary Material and to ship such materials between their offices in New York and Los Angeles, without further order from the Court, so long as: (1) the Government agrees in advance; and (2) any such copies are encrypted.

Respectfully submitted,

JAY CLAYTON,
United States Attorney

by:   __/s/_____
Rushmi Bhaskaran
Ni Qian
Assistant United States Attorneys
(212) 637-2439/-2364