

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 10, 2025

**BY ECF AND EMAIL**
The Honorable Jeannette A. Vargas
United States District Judge
500 Pearl Street
New York, NY 10007

Re:     *United States v. Ho*, 25 Cr. 3 (JAV)

Dear Judge Vargas,

    The Government respectfully submits this letter to request a 60-day adjournment of the status conference currently scheduled for Monday, July 14, 2025. The parties have conferred and the defendant consents to this motion. The adjournment will permit the Government to continue to produce discovery (*i.e.*, electronic devices and other electronic data that have been recently processed) and redesignate certain material pursuant to a modification of the Protective Order which will be submitted for the Court's consideration separately; and for the defense to continue to review discovery. The parties will also propose a motion schedule for the Court's consideration in advance of the next conference.

    If the Court were to grant the adjournment request, the Government also requests, with defense counsel's consent, an exclusion of time under the Speedy Trial Act until the next scheduled conference. Such an exclusion of time would be in the interest of justice because it would allow

defense counsel to review the discovery and to consider what if any defense motions to bring. A proposed order for the Court's consideration is attached to this motion.

Respectfully submitted,

JAY CLAYTON,
United States Attorney

by: __/s/_____
Rushmi Bhaskaran
Ni Qian
Assistant United States Attorneys
(212) 637-2439/-2364