

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 31, 2025

**BY ECF**

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

      **Re:**    *United States v. Richard Ho*, 25 Cr. 003 (JAV)

Dear Judge Vargas:

      The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. The undersigned is departing the U.S. Attorney's Office for other employment.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By:    */s/ Rushmi Bhaskaran*
      Rushmi Bhaskaran
      Assistant United States Attorney
      (212) 637-2439

cc:    All Counsel of Record (by ECF)

The Government's request for termination of appearance is GRANTED. The Clerk of Court is directed to terminate ECF No. 45.

**SO ORDERED:**

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: August 6, 2025