UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>CHEUK FUNG RICHARD HO,<br>                              Defendant. | 25 Cr. 3<br><br>**SEALING ORDER** |

     Upon the application of the United States by JAY CLAYTON, United States Attorney for the Southern District of New York, Assistant United States Attorney Ni Qian, of counsel, and without objection from the defendant, the Court hereby finds that:

     On July 31, 2025, the Government submitted to the Court by email an opposition to the defendant's July 17, 2025 motion. Attached to the Government's submission were five exhibits (the "Exhibits"), Exhibits A through E, each of which documents contain the name of a witness and other information that may lead to the identification of the witness. Pursuant to Federal Rule of Criminal Procedure 49.1(d), the Exhibits should remain sealed. Accordingly, it is hereby

     ORDERED that the Exhibits to the Government's opposition filed on July 31, 2025 at docket No. 44 remain under seal pending further order of the Court.

Dated: New York, New York
       August 8 , 2025

_____
HONORABLE JEANETTE VARGAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK