UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                                                                  :
         -v-                                                      :   25-CR-0003 (JAV)
                                                                  :
CHEUK FUNG RICHARD HO,                                            :   ORDER
                                                                  :
                  Defendant.                                      :
                                                                  :
                                                                  :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

   As stated on the record during the conference held on September 12, 2025:

- Defendant's motions to dismiss the indictment and for a bill of particulars shall be filed by October 30, 2025. The Government's opposition is due on December 4, 2025, and Defendant shall file his reply by December 18, 2025.
- The parties are directed to appear for a status conference on January 8, 2026, at 11:00 A.M. in Courtroom 14C, 500 Pearl Street, New York, NY 10007.
- Pre-trial submissions, as set forth in section 8 of the Court's Individual Rules and Practices in Criminal Cases, are due June 12, 2026. Motions in limine, excluding *Daubert* motions, shall also be due on June 12, 2026. Oppositions are due June 24, 2026.
- The final pre-trial conference is scheduled for July 1, 2026, at 11:30 A.M. in Courtroom 14C.
- Trial is scheduled to begin July 13, 2026, at 9:30 A.M.
- The parties shall file a joint letter by October 1, 2025, with proposals regarding a schedule for expert disclosures, as well as a briefing schedule with respect to any *Daubert* motions.

   SO ORDERED.

Dated: September 18, 2025
       New York, New York                    _____
                                             JEANNETTE A. VARGAS
                                             United States District Judge