UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
      -v-                                                  :   25-CR-00003 (JAV)
                                                            :
CHEUK FUNG RICHARD HO,                                      :   ORDER
                                                            :
      Defendant.                                           :
                                                            :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Court is in receipt of Defendant's motion for leave to file *ex parte* and under seal an appendix in opposition to the pending motion to quash the Rule 17(c) subpoena. ECF No. 60. Defendant represents that this appendix will set forth confidential defense theories, which will respond to the relevance objections raised by Headlands in the motion to quash. The Government does not oppose the motion, but requests that the Court scrutinize the appendix to ensure that it in fact contains confidential defense theories, and also requests that, if necessary, the Government and Headlands be given the opportunity to respond to arguments made in the appendix. ECF No. 62.

      The Court GRANTS Defendant's request for leave to file an appendix *ex parte* and under seal. Should the Court determine after review that the *ex parte* submission is not limited to confidential defense theories, Defendant shall have the option to withdraw the appendix.

      The Clerk of Court is directed to terminate ECF No. 60.

      SO ORDERED.

Dated: October 10, 2025
      New York, New York

                                                                                 JEANNETTE A. VARGAS
                                                                                  United States District Judge