

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 23, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Ho*, 25 Cr. 3 (JAV)

Dear Judge Vargas,

     The Government respectfully submits this letter to request a one-month extension of the discovery deadline until January 31, 2026 to produce the responsive sets from the warrant returns from the defendant's accounts with Amazon Web Services ("AWS") and Microsoft Azure ("Azure"). The Government has made diligent efforts to sort through the returns to determine what is responsive to the search warrant, and, among that set, what must be produced as Proprietary Materials under the Protective Order. The Government has done so, but must now undertake the time-consuming process of exporting those materials for production. To facilitate defense review of the materials, the Government intends to make rolling productions.

     The defense does not object to the Government's request.

                                     Respectfully submitted,

                                     JAY CLAYTON
                                   United States Attorney

by:     /s/
        Ni Qian/Brandon Thompson
        Assistant United States Attorneys
        (212) 637-2364/-2444

The Government's request is GRANTED. The Clerk of Court is directed to terminate ECF No. 78.
**SO ORDERED:**

*/s/ Jeannette Vargas*
The Honorable Jeannette A. Vargas
United States District Judge
Dated: December 30, 2025