UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA              :

                                  :

          -v-                         :               25-CR-00003 (JAV)

                                  :

CHEUK FUNG RICHARD HO,           :                 ORDER

                    Defendant.        :

                                  :

------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Having considered all papers submitted in connection with Defendant's motion to modify the Protective Order entered by the Court on April 14, 2025, ECF No. 34, including the curriculum vitae of the proposed expert, the Court concludes that Defendant has established good cause for the requested modification. Specifically, Defendant represents that Paragraph 8(h)'s restrictions have impeded their ability to retain an appropriate expert. ECF No. 83 at 2. Defendant's proposed expert is a full-time academic, whose consultancy work does not involve advising firms with respect to their algorithmic trading code. Thus, the conflict of interest concerns that animated Paragraph 8(h) of the Protective Order are at their lowest ebb. Finally, the Protective Order's non-disclosure provisions, with appropriate modifications, is sufficient to address the Government's concerns.

Accordingly, the Court authorizes Defendant to retain its proposed expert, notwithstanding the provision of Paragraph 8(h) of the Protective Order, provided that the proposed expert sign a Nondisclosure Agreement in the form attached to this Order.

Per agreement of the parties, one of the three Standalone Computers permitted to the defense per Paragraph 8 of the Protective Order may be placed in the defense expert's residence so long as the Standalone Computer is subject to AES-256-XTS encryption.

The deadlines for Defendant's expert disclosures shall be extended to March 23, 2026.  The Government's rebuttal disclosures shall be due April 23, 2026. Daubert motions shall be due May 7, 2026; opposition papers shall be due May 28, 2026; and reply papers shall be due June 4, 2026.

The Clerk of Court is directed to terminate ECF No. 83.

SO ORDERED.

Dated: February 12, 2026
    New York, New York

_____

JEANNETTE A. VARGAS
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA          :

                              :

     -v-                       :        25-CR-00003 (JAV)

                              :

CHEUK FUNG RICHARD HO,      :        **NON-DISCLOSURE**

                              :           **AGREEMENT**

             Defendant.      :

                              :

----------------------------------------------------------------------X

I, _____, acknowledge that I have read and understand the Protective Order in this action governing the non-disclosure of Proprietary Material.

I acknowledge and agree to the restrictions placed on access to and dissemination of Proprietary Material, subject to the following Court-ordered modification:  In lieu of the restrictions set forth in Paragraph 8(h), I am prohibited from working as a consultant to any "competitor to Company-1" (as defined in that Paragraph) with respect to their research and/or development of low-latency, high-frequency automated trading strategies, from today's date through December 31, 2027.

By acknowledging these obligations under the Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of any issue or dispute arising hereunder and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of Court.


  Dated: _____                       _____