UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                            :

UNITED STATES OF AMERICA          :

                                    :       25-CR-00003 (JAV)

      -v-                       :

                                    :         __ORDER__

CHEUK FUNG RICHARD HO,      :

                                    :

             Defendant.     :

                                    :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

The Government has requested that the Court set a deadline of July 20, 2026, for Defendant Cheuk Fung Richard Ho (the "Defendant") to notify the Government of any intent to assert an advice-of-counsel defense.

The Court agrees that setting a deadline for this disclosure is appropriate to ensure an orderly process for discovery relating to this defense, as well as to provide sufficient time for potential motion practice regarding privileged communications. Defendant shall therefore notify the Government by **August 3, 2026**, as to whether he intends to assert an advise-of-counsel defense.

     SO ORDERED.

Dated: June 15, 2026               _____
   New York, New York          JEANNETTE A. VARGAS
                              United States District Judge