UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA                      :
                                              :
          -v-                                 :          25-CR-00003 (JAV)
                                              :
CHEUK FUNG RICHARD HO,                        :          OPINION AND ORDER
                                              :
                    Defendant.                :
                                              :
---------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

By Opinion and Order dated June 1, 2026 (ECF No. 111), the Court ordered the Government to submit a bill of particulars as to Count One of the Superseding Indictment identifying the specific portions of the Source Code alleged to be Stolen Trade Secrets, whether individually or in combination. The Court was clear that the "bill of particulars need not be more specific or detailed than what the Government has already provided in the context of its expert disclosures" as "the purpose is to ensure that the Government's theory of the case is fixed in order to minimize prejudicial surprise at trial." ECF No. 111 at 14.

The Government submitted its bill of particulars to the Court under seal. Defendant now moves to "enforce" the Court's order, arguing that the bill of particulars is ambiguous. ECF No. 121 at 1. Specifically, Defendant contends that the bill of particulars' representation that the identified files "constitute and contain trade secrets . . . both individually and in combination" does not provide him with sufficient notice of the Government's theory of the case. ECF No. 121 at 3. Defendant further moves to unseal the bill of particulars. *Id.* at 5.

1

The Court has reviewed the bill of particulars and determined that the Government complied with the June 1 Opinion and Order.  The bill of particulars identifies the specific files within the source code that are at issue, whether individually or in combination.  Together with the Government's expert disclosures, this is sufficient to appraise Defendant of "the specific acts of which he is accused" for purposes of Rule 7(f).  *United States v. Walsh*, 194 F.3d 37, 47 (2d Cir. 1999).

To the extent Defendant seeks to "bar" the Government from "sweeping in" trade secrets that are "beyond the scope of the Indictment," ECF No. 121 at 2, the Court has already stated that any such request falls well beyond the scope of Rule 7(f).  ECF No. 111 at 13 n.2.

Finally, the motion to unseal the bill of particulars is denied, for largely the same reasons previously set forth in the Court's Opinion and Order dated June 29, 2026.  ECF No. 126.  As with the expert disclosures at issue in that opinion, the bill of particulars contains specific references to the source code file names and Atoms that are alleged to constitute the trade secrets in this matter.  Sealing is therefore warranted to protected the higher interest in protecting Firm-1's potential trade secrets

Accordingly, the Defendant's motion for a revised bill of particulars and to unseal the bill of particulars is DENIED.  The Clerk of Court is directed to terminate ECF No. 121.

SO ORDERED.

Dated: July 1, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2