UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

CHEUK FUNG RICHARD HO,

Defendant.

---------------------------------------------------------------------X

25-CV-0003 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record during the conference held on July 21, 2026, the Motion to Quash filed by Non-party 1 is GRANTED.

The Clerk of Court is respectfully directed to terminate ECF No. 122.

SO ORDERED.

Dated: July 22, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge