UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

CHEUK FUNG RICHARD HO,

Defendant.

---------------------------------------------------------------------X

25-CR-00003 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

It is ORDERED that the *Daubert* hearings previously scheduled for July 27, 2026, will occur on **September 2 and September 3, 2026**, in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The *Daubert* hearings will be conducted from 10:00 am to 4:00 pm on September 2, and from 10 am to 1:00 pm on September 3.

Additionally, to the extent any party intends to submit a motion for closure of the courtroom during the *Daubert* hearings or trial, any such motion shall be due no later than **August 11, 2026**. Any opposition papers shall be due **August 18, 2026.** Reply papers shall be due **August 21, 2026.**

SO ORDERED.

Dated: August 3, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge