SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2100
DIRECT FAX
(917) 777-2100
EMAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

August 12, 2026

*Via ECF*

MEMO ENDORSED

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Cheuk Fung Richard Ho*, 1:25-cr-00003-JAV

Dear Judge Vargas:

On behalf of Richard Ho, and with the Government's consent, we respectfully request that the Court temporarily modify Mr. Ho's conditions of release to authorize the Government to release Mr. Ho's Hong Kong passport to Skadden, as Mr. Ho needs to present the passport to the California DMV to renew his Real ID–compliant driver's license so that he may fly between California and New York for court appearances.

We seek the same temporary modification that the Court previously ordered. *See* Dkt. No. 75 (Nov. 18, 2025).

Specifically, should the Court provide authorization, the Government will release Mr. Ho's Hong Kong passport to Skadden; a Skadden employee will accompany Mr. Ho to the DMV, where the Skadden employee will provide the passport to Mr. Ho so that he may present it to the DMV for purposes of renewal; the Skadden employee will retake

possession of the passport once the renewal process is complete; and Skadden will return the passport to the Government.

Respectfully submitted,

/s/ David Meister
David Meister
Andrea Griswold
Daniel Merzel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-2100

*Counsel for Richard Ho*

Defendant's request is GRANTED. The Clerk of Court is directed to terminate ECF No. 153.

SO ORDERED:
Dated: August 12, 2026

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE