**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 13, 2026

BY ECF
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Ho*, 25 Cr. 3 (JAV)

Dear Judge Vargas,

The Government respectfully submits this letter to request a one-day extension of the deadline to file motions *in limine*, as well as proposed requests to charge, voir dire, and verdict forms, which is currently August 14, 2026. *See* ECF No. 113. This is the Government's first request for an extension of this deadline. The reason for the requested extension is to afford brief additional time for review. The defense does not oppose the Government's request for an extension, and the Government would respectfully request that any extension, should the court grant the Government's application, be extended to the defense as well. The parties are next scheduled to appear before the Court on September 2, 2026. *See* ECF No. 150.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: *Brandon C. Thompson*
Brandon C. Thompson
Ni Qian
Matthew Weinberg
Assistant United States Attorneys
(212) 637-2444/-2364/-2386

The Government's request is GRANTED. Motions *in Limine*, Proposed Requests to Charge, Proposed Verdict Forms, and Voir Dire are due **August 17, 2026.** Oppositions to the Motions *in Limine* are due **August 31, 2026.**

SO ORDERED.
DATED: August 14, 2026

*Jeannette Vargas*
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE