UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CHEUK FUNG RICHARD HO,<br><br>Defendant. | : | 25-CR-00003 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

Pursuant to 18 U.S.C. § 1835(b), Nonparty-1 is authorized to file under seal a declaration in support of the Government's motion to close the courtroom for portions of the upcoming *Daubert* hearings and trial. ECF No. 151. The declaration should specify the precise contours of the proprietary information at issue, the specific competitive harms that would result from disclosure in open court of such information, and why lesser alternatives than court closure would not be sufficient to protect this information. The declaration should be filed no later than **August 25, 2026**.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge