# <u>EXHIBIT A</u>

(Omitted from Public Filing)