UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

CHEUK FUNG RICHARD HO,

Defendant.

-------------------------------------------------------------------X

25-CR-00003 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Defendant Cheuk Fung Richard Ho is hereby directed to submit his opposition papers to the Government's Motion Regarding Application of the Crime-Fraud Exception, ECF No. 172, no later than **5:00 p.m. on August 28, 2026**.

SO ORDERED.

Dated: August 27, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge