UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CHEUK FUNG RICHARD HO,

Defendant.

25-CR-00003 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On August 25, 2026, the Government moved for an order compelling production of potential Rule 26.2 material for proposed defense expert witness Professor Mark Hendricks. ECF No. 170 ("Government Motion"). On August 30, 2026, the Court deferred ruling on the Government Motion and ordered Defendant to provide all potential Rule 26.2 materials relating to Professor Hendricks that were previously withheld on grounds relating to privilege or irrelevancy for *in camera* review. ECF No. 182. For the following reasons, the Government Motion is **GRANTED IN PART AND DENIED IN PART**.

The materials that Defendant has submitted in connection with the Court's August 31, 2026 order consist of either communications between defense counsel and Professor Hendricks or Professor Hendricks's statements from *NRD GP v. Centiva Capital*, 24-CV-07425 (MMG) (S.D.N.Y.). The latter materials consist of Professor Hendricks's deposition transcript, Expert Report, and Supplemental Expert Report from that case.

The communications between defense counsel and Professor Hendricks either do not relate to the subject matter of Professor Hendricks's anticipated testimony or are protected by the work-product privilege. *See* Fed R. Crim. Pro. 26.2(c). Professor Hendricks's supplemental report from *NRD GP v. Centiva Capital* also does not relate to the subject matter of his

anticipated testimony. *See id.* Accordingly, the Government Motion is denied to the extent it concerns these materials.

There are portions of Professor Hendricks's deposition transcript and Expert Report from *NRD GP v. Centiva Capital*, however, that potentially relate to the subject matter of Professor Hendricks's anticipated testimony in this case. Specifically, paragraphs 24 through 39 (and accompanying footnotes) of the Expert Report of Mark Hendricks relates to the subject matter of Professor Hendricks's anticipated testimony in this case because those paragraphs concern financial markets and quantitative trading generally. *See* ECF No. 101-1. Likewise, page 35, line 5, through page 39, line 18, of Professor Hendrick's deposition transcript relates to the subject matter of Professor Hendricks's anticipated testimony in this case because Professor Hendricks's deposition testimony relates to quantitative trading generally. *See id.*

With respect to these portions of the Expert Report of Mark Hendricks and Professor Hendricks's deposition transcript from *NRD GP v. Centiva Capital*, Defendant is **ORDERED** to produce these specific sections of the deposition transcript and Expert Report to the Government by **September 7, 2026**. *See* Fed R. Crim. Pro. 26.2(c). To the extent that Defendant asserts that these materials are subject to a protective order that prohibits their disclosure, application shall be made to that Court for authorization to produce the information subject to this Order by that date.

The Clerk of Court is directed to terminate ECF Nos. 170 and 185.

SO ORDERED.

Dated: September 2, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge