UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CHEUK FUNG RICHARD HO,<br><br>Defendant. | : | 25-CR-00003 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record at the hearing held earlier today, the Government's motion to preclude Defendant's proposed expert, Professor Mark Hendricks, from offering the opinions proffered in his August 21 supplemental disclosure based on untimeliness, ECF No. 169-1, is **DENIED**. ECF No. 169. Additionally, having found the disclosure deficient under Rule 16(b)(1)(C), the Court ordered that Defendant serve a revised disclosure sufficiently setting forth a complete statement of all opinions Professor Hendrick's will offer at trial, and the bases and reasons for them by Monday, September 7, 2026, at 4:00 p.m.

All other potential objections to the supplemental disclosure, including objections under Rule 702, are preserved.

At the conference earlier this afternoon, the Government indicated that, in order to have sufficient time to respond to the August 21 supplemental disclosure, as revised by the upcoming submission on September 7, it may seek an adjournment of the trial scheduled to commence September 14, 2026. The Court will rule on such an application if it is made. The Court advises the parties, however, that the next available trial date on the Court's calendar is January 19, 2027. The Government should consult with defense counsel to obtain Defendant's position prior to making any such application.

The Clerk of Court is directed to terminate ECF No. 169.

SO ORDERED.

Dated: September 4, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge