**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 3, 2026

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, NY 10007

**MEMO ENDORSED**

*Re: United States v. Ho*, 25 Cr. 3 (JAV)

Dear Judge Vargas,

The Government respectfully submits this letter to request permission to submit Government Exhibits and Section 3500 materials to the Court using an encrypted external storage device. We request this since some Government Exhibits and 3500 materials we expect to provide the Court have been designated as Proprietary Materials under the Protective Order entered by the Court on August 3, 2026 (Dkt No. 149).

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
Ni Qian/Brandon Thompson/Matthew Weinberg
Assistant United States Attorneys
(212) 637-2364 / -2444 / -2386

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: September 4, 2026