**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 9, 2026

BY ECF
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Ho*, 25 Cr. 3 (JAV)

Dear Judge Vargas,

The Government respectfully submits this letter to request a ninety-minute adjournment of the 5:00 p.m. deadline to file the letter brief that the Court ordered the Government to submit during the September 8, 2026 conference in the above-captioned case. This is the Government's first request for an extension of this deadline. The reason for the requested extension is to afford additional time for review. The defense does not oppose this request. The parties are next scheduled to appear before the Court on September 14, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: Brandon C. Thompson
Brandon C. Thompson
Ni Qian
Matthew Weinberg
Assistant United States Attorneys
(212) 637-2444/-2364/-2386

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: September 9, 2026