UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| -v- | | 25-CV-0003 (JAV) |
| CHEUK FUNG RICHARD HO, | | <u>ORDER</u> |
| Defendant. | | |

JEANNETTE A. VARGAS, United States District Judge:

The Court hereby **ADOPTS** the parties' proposed briefing schedules and filing deadlines, as set forth in ECF No. 203, as modified by Defendants' letter dated September 23, 2026 (ECF No. 209).

The Court denies the Government's request for a reply as to the letter briefing regarding (1) the admissibility of testimony from a Firm-1 witness regarding his review of the "Fermi" files; (2) the definition of a trade secret as relevant to combinations or compilations, and the relevance and admissibility of Prof. Hendricks's opinions relating to whether certain Firm-1 files and atoms "collectively function as or constitute a unit"; and (3) the relevance and admissibility of Prof. Hendricks's opinions relating to Chinese markets as to Count Two of the Superseding Indictment.

The Clerk of Court is directed to terminate ECF Nos. 203 and 209.

SO ORDERED.

Dated: September 23, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge