UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

CHEUK FUNG RICHARD HO,

Defendant.

---------------------------------------------------------------------X

25-CR-0003 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

In light of the Government's letter dated September 30, 2026 (ECF No. 215), the Court hereby **ORDERS** Defendant to respond with its position on the release of the emails by **Friday, October 2, 2026.**

SO ORDERED.

Dated: September 30, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge