UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CHEUK FUNG RICHARD HO,<br><br>Defendant. | 25-CR-00003 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On September 30, 2026, the Government submitted a letter motion, ECF No. 215, seeking the release of a set of 191 emails. The Court previously held that these emails were subject to the crime-fraud exception and ordered their production to the Government. ECF No. 189 (the "Order"). The Government represents that the emails at issue in the current application (which were seized from Defendant's email inbox maintained by a third-party ediscovery vendor), differ from the previously-released emails (which were obtained from Defendant's cellphone) in that the prior set of emails did not include attachments, and the duplicate set of emails does contain attachments.

Since these communications are covered by the Court's Order, the Court **GRANTS** the Government's motion and **ORDERS** that the Second Set of Emails be released.

To the extent that Defendant wishes to seek relief from the Court regarding the Government's exposure to privileged communications outside of the Court's Order, the Court will consider such motion separately.

The Clerk of Court is directed to terminate ECF No. 215.

SO ORDERED.

Dated: October 7, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge