UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

CHEUK FUNG RICHARD HO,

Defendant.

---------------------------------------------------------------------X

25-CR-0003 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The parties are directed to appear for a continuation of the *Daubert* hearing concerning Professor Hendricks on **Wednesday, October 21, 2026**, at 11:00 a.m. in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court will hear testimony from Professor Hendricks confined to the issues raised by his supplemental expert disclosures.

SO ORDERED.

Dated: October 14, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge