SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2100
DIRECT FAX
(917) 777-2100
E-MAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

October 15, 2026

*Via ECF*

**MEMO ENDORSED**

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Ho*, 25 Cr. 3 (JAV)

Dear Judge Vargas:

On behalf of Richard Ho, we respectfully request that the Court grant a three-day adjournment of the continuation of the *Daubert* hearing as to Prof. Mark Hendricks—which the Court has set for Wednesday, October 21, 2026, *see* Dkt. No. 228—to the morning of Monday, October 26, 2026, because Prof. Hendricks has preexisting professional obligations on October 20 and 21 that were scheduled weeks ago, and because we understand October 26 to be the Court's next available date after October 21. This would result in the *Daubert* hearing coinciding with the pretrial conference that is already scheduled for October 26.

The Government opposes our request and has asked us to quote its position as follows: "The Government objects to adjourning the date for the *Daubert* hearing to October 26, 2026 as it would result in substantial delay on the eve of trial and the defense has not articulated a conflict that cannot be reasonably moved in light of the Court's schedule and availability." We disagree with the premise that a three-business-day adjournment, in light of Prof. Hendricks's professional commitments and the Court's schedule, would be a "substantial delay," and we reject the Government's speculation that

the conflict cannot be reasonably moved. Accordingly, we respectfully request that the Court adjourn the continuation of the *Daubert* hearing to the morning of October 26.

Respectfully submitted,

/s/ David Meister

David Meister
Andrea Griswold
Daniel Merzel
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
(212) 735-2100

*Counsel for Richard Ho*

Defendant's request to adjourn is granted in part and denied in part. The *Daubert* Hearing set for October 21, 2026 is adjourned to October 22, 2026, at 9 am in Courtroom 14C, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge

Dated: October 16, 2026