UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

CHEUK FUNG RICHARD HO,

Defendant.

---------------------------------------------------------------------X

25-CR-00003 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of the Government's supplemental letter motion, ECF No. 232, regarding the application of the crime-fraud exception to 150 text messages and 126 emails (together, the "Communications") from the period of May 11, 2023, to September 30, 2023, and Defendant's response, ECF No. 234. The Court is also in receipt of a submission from non-party Attorney-1, which was sent via email to Chambers on October 27, 2026.

The Court **ORDERS** that the Government produce the Communications to the Court by **Wednesday, October 28, 2026 at 10:00 a.m**., so that the Court may conduct an *in camera* review of the Communications.

SO ORDERED.

Dated: October 27, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge