UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CHEUK FUNG RICHARD HO,<br><br>Defendant. | 25-CR-00003 (JAV)<br><br><u>ORDER</u> |

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of the Filter Team's production of the text messages and emails (together, the "Communications") for which the Government seeks an order that the crime-fraud exception to the attorney-client privilege applies. ECF No. 232. The Court has reviewed the Communications *in camera* and has determined that the crime-fraud exception does not apply to the communications at issue. Therefore, the Court **DENIES** the Government's motion.

The Clerk of Court is directed to terminate ECF No. 232.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge