**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 28, 2026

**By ECF**

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Cheuk Fung Richard Ho*,**
**S1 25 Cr. 3 (JAV)**

Dear Judge Vargas:

Pursuant to the Court's Individual Rules and Practices for Hearings and Trials, the Government respectfully submits the parties' Joint Exhibit List, which contains the parties' objections, via email. The Joint Exhibit List includes the Government's present good-faith identification of exhibits. The Government reserves the right to amend or revise its list of proposed Government Exhibits, particularly in light of any evidence or argument presented by the defense or newly obtained evidence or information.

The Government further notes that as set forth in the Joint Exhibit List, the Government objects, as a general matter, to the admission of Defense Exhibits that are duplicates of already admitted Government Exhibits. Having separately marked copies of the same document will confuse the jurors unnecessarily. The Government further reserves the right to object to the admission of any Defense Exhibits if the defendant is unable to lay an adequate foundation through a witness, or if the Defense Exhibit is offered for an improper purpose in context (such as unfounded impeachment). In addition, should the defendant attempt to offer items marked as Government Exhibits, the Government reserves the right to raise future objections. Such exhibits, for example, may be inadmissible by the defendant, such as exhibits containing the defendant's

own statements. The Government further reserves all rights to object to the admission of Defense Exhibits which have not yet been identified.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: s/____________________
Ni Qian
Brandon C. Thompson
Matthew Weinberg
Assistant United States Attorneys
(212) 637-2364/2444/2386