# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2100
DIRECT FAX
(917) 777-2100
E-MAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO


November 4, 2026

*Via ECF*

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Ho*, 25 Cr. 3 (JAV)

Dear Judge Vargas:

On behalf of Richard Ho, we respectfully submit this letter to flag in advance our objection to testimony of a Headlands witness, Isaac Pape, that is outside the bounds of the Court's rulings regarding analysis and comparison of code files with which he had no prior familiarity. We have advised the Government of our concerns, and while the Government has assured us that it will abide by the Court's rulings, those assurances are inconsistent with the 3500 material regarding Mr. Pape.

Mr. Pape is expected to testify as the Government's third witness. He is a new addition to the Government's witness list, which now includes seven Headlands witnesses, four of whom the Government has indicated will be testifying about code. Mr. Pape conducted no historical analysis of non-Headlands code files. The 3500 material from the Government's meetings with him since October 25 indicates that, based on his recent analysis at the Government's direction, he believes that files or portions of files were "copied," "taken," or "largely duplicated"; are "functionally the same," "same as the other one," "a pared down version of [Headlands']," "[v]ery similar" in ways that are "very specific to [Headlands]," "exactly the same in the same places," "almost the same," or "as similar as code can look when they got ported into another codebase"; are written in the "same order," with the "same number of terms" and "same values," and have the "exact same structure" despite having "a couple more algorithm [sic]"; that a person "would never come up with these organically"; that a file is "copy/pasted" or "90% the same," but that Mr. Ho "renamed some of the enums"; that the "core logic … is the same except with changing the names"; that the Government's file pairings are variously "70% the same," "80%," "90%," "98%," or "100% replication," "except" for "minor things" and ways in which they "work differently"; that Mr. Ho "copied the same enum values, word for

word," "wrote the same [] feature as [Headlands], which is not obvious," or "pared down and deleted a bunch of stuff" but "mirrored" the "structure"; and that "[t]his is their code," i.e., Headlands' code. *See* 3517-003, -004, -010 (column E), -011 (column E).

These are just examples, and others abound in the 3500. When we asked the Government how it could possibly square such testimony with the Court's oral orders, the Government informed us that it does not read the Court's rulings to restrict it from eliciting testimony from Headlands witnesses regarding portions of non-Headlands code that the witnesses "recognize as their own." We disagree that any of this complies with the Court's rulings, and we respectfully request that the Court inquire of the Government before Mr. Pape is called to the stand to ensure that the Government will not cross the clear line that the Court has drawn. *See* Pretrial Conf. Tr. 441–42 (Sept. 14, 2026) (Headlands witnesses who investigated "similarities between the Headlands code and the ORS code … as part of their job responsibilities in connection with the civil litigation between Headlands and ORS … can testify as to similarities they observed in the course of their investigation between the Headlands code and the ORS code" because such testimony "is based on their personal knowledge of the ORS code that they obtained in the course of their employment"); Tr. 554–55 (Sept. 14, 2026) (The Court: "How isn't that what I just said you can't do which is testify as to similarities between two sets of code if this witness didn't do that as part of their job responsibilities but is only doing that in preparation for testimony in this case? … If there is similarity in file names and they're not looking at an analysis of the code in any way, even at the code-line level, I would let you ask, have you heard this file name before? Do you see this file name now? But I don't want them to do a side-by-side comparison."); Tr. 18 (Oct. 26, 2026) (The Court: "The witness cannot render an opinion that says that a portion of the Fermi files have been copied from the [Headlands] files or do any substantive analysis of similarities between those files. Nor can the witness render an opinion as to the nature and functionality of the Fermi files. The witness does not have personal knowledge of the Fermi files outside of this litigation, and thus any such testimony would be precluded by Rule 701.").

Respectfully submitted,

/s/ David Meister

David Meister
Andrea Griswold
Daniel Merzel
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
(212) 735-2100

*Counsel for Richard Ho*