SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2100
DIRECT FAX
(917) 777-2100
E-MAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

November 5, 2026

*Via ECF*

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: <u>*United States v. Ho*, 25 Cr. 3 (JAV)</u>

Dear Judge Vargas:

As discussed in court yesterday, we object to the admission in evidence of GX 1000, which is a redacted version of Mr. Ho's July 13, 2023 declaration, on grounds of Fed. R. Evid. 401 and 403. In the event that the Court overrules the objection, we would offer in evidence the attached redacted and excerpted filing by Holland & Knight in opposition to Headlands' motion for a TRO, consisting of the response brief (redacted), the declaration annexed thereto (also redacted), the unredacted July 2022 e-mails with Kristen Grisius and September 2022 letter from Holland & Knight to Ms. Grisius (but not the other exhibits to the declaration), and the certificate of service for the combined filing.

As the Court will observe, we have redacted the response brief to reflect only those portions that are necessary to give context to the declaration and avoid leaving the jury with a misleading impression as to Holland & Knight's critical role in the preparation and filing of Mr. Ho's declaration and opposition to the TRO motion. Indeed, it is apparent that the Government seeks to leave exactly that misimpression, given its proffer in court that it intends to introduce only (i) Mr. Ho's February 2023 e-mail to Attorney-1 in which he parenthetically stated a belief that the letter was not sent, and (ii) the declaration filed five months later stating that it was. We have also included the entire letter in question—not redacted as the Government has proposed—because the portion of the letter that the Government has redacted contains language that shows why the letter was sent in the first place, and gives necessary context to Mr. Ho's email to Attorney-1 in February 2023. The thrust of the September 2022 letter was that Mr. Ho was not in breach of his contractual

obligations to Headlands. Headlands already knew from the July 2022 e-mails that he was working for Tower, a competitor to Headlands. In that context, whether he was working for Tower directly or working for Tower *through* ORS was a distinction without a difference. This further establishes why the Government's offer of this letter is a sideshow.

Our exhibit is admissible because it is relevant and not hearsay, and because it fits in the category of "*any other part—or any other statement*—that in fairness ought to be considered *at the same time*." Fed. R. Evid. 106 (emphases added).

Respectfully submitted,

/s/ David Meister
David Meister
Andrea Griswold
Daniel Merzel
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
(212) 735-2100

*Counsel for Richard Ho*